IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ALEXIS RIX,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 22-00406-KD-N |
| ) | |
| **NORTHCUTT DENTAL MANAGEMENT** ) | |
| **SERVICES, INC.,** ) | |
| ) | |
|    **Defendant.** ) | |

## JUDGMENT

In accordance with the Order entered this date, granting the Motion to Confirm Arbitration Award (Docs. 48, 51), it is **ORDERED, ADJUDGED and DECREED** that the decision issued by the Arbitrator of the American Arbitration Association, dated September 16, 2024 (Doc. 48-1 at p. 2) is **CONFIRMED** and this action is **DISMISSED with prejudice.**

**DONE** and **ORDERED** this **8th day** of **September 2025.**

                                                   s / Kristi K. DuBose
                                                   **KRISTI K. DuBOSE**
                                                   **UNITED STATES DISTRICT JUDGE**